UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| MARY ROSS PLAINTIFF,<br><br>VS.<br><br>MCKENZIE WILSON and NATIONWIDE<br>MUTUAL INSURANCE COMPANY<br><br> DEFENDANTS | *Electronically Filed*<br>**CASE NO. 4:20-cv-00210-HBB** |

**AGREED ORDER OF DISMISSAL**

The Plaintiff, Mary Ross, having informed the Court that she has resolved her claims against the Defendants, McKenzie Wilson and Depositors Insurance Company, improperly denominated Nationwide Mutual Insurance Company, and the Court hereby acknowledging the resolution of the matter and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims that have been asserted by the Plaintiff, Mary Ross, against the Defendants, McKenzie Wilson and Depositors Insurance Company, and all claims that could have been asserted by the Plaintiff, Mary Ross, against the Defendants, McKenzie Wilson and Depositors Insurance Company, are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FURTHER ORDERED AND ADJUDGED that all claims that have been asserted by Depositors Insurance Company against Defendant McKenzie Wilson and all claims that could have been asserted by Depositors Insurance Company against Defendant McKenzie Wilson, are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

This is a final and appealable order and there is no just cause for delay.

SO ORDERED this February 10, 2022

HAVE SEEN:
AGREED TO BE ENTERED:

_____
Chad E. Groves
Rick A. Cory
*Counsel for Plaintiff,*
*Mary Ross*


/s/ S. Madison Gray w/permission RMG
_____
Stephen D. Gray
S. Madison Gray
*Counsel for Defendant,*
*McKenzie Wilson*


 /s/ Ryan M. Glass
_____
Joshua J. Leckrone
Ryan M. Glass
*Counsel for Defendant,*
*Depositors Insurance Company*

H. Brent Brennenstuhl
**H. Brent Brennenstuhl**
**United States Magistrate Judge**